```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  ROBB C. ADKINS
    Assistant United States Attorney
 3  Chief, Santa Ana Office
    TERRI K. FLYNN (Cal. State Bar No. 204932)
 4  Assistant United States Attorney
        Ronald Reagan Federal Building & Courthouse
 5      411 West Fourth Street, Suite 8000
        Santa Ana, California 92701
 6      Telephone:  (714) 338-3592
        Facsimile:  (714) 338-3561
 7      E-mail: Terri.K.Flynn@usdoj.gov

 8  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
 9
```

FILED AUG 2 7 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JERRY FANYUAN LIN, <br> JASON I. MING WEI, <br> REN SUI, <br>    a.k.a. "Jeffrey," <br> ERIK DAMIEN VICENTE, <br> JOSE G. GARIBAY, <br>    a.k.a. "Guero," <br> SHANE KELTER, <br> ADRIAN GARCIA DE ALBA, <br>    a.k.a. "Pedro," <br> JAGMOHAN S. DHILLON, <br> PARAMIJT SINGH, <br>    a.k.a "Pumma," <br> WALTHER EDGARDO ORELLANA AGUILAR, <br>    a.k.a. "Sharky," <br> FAUSTO VILLA PEREZ, <br> MING CHIEN HSIEH, <br>    a.k.a. "Sonny," <br> HONG YEE CHOW, <br>    a.k.a. "Annie," <br> MARCO ANTONIO SILVA MOTA, <br> ALEXANDER CHIANG POU, <br>    a.k.a. "Alex," | No. SA **SACR 08-223** <br><br> GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING INDICTMENT; DECLARATION OF TERRI K. FLYNN <br><br> [UNDER SEAL] |

DOCKETED ON CM
AUG 2 8 2008
BY ___

```
 1
 2  NATHANAEL GARRARD LINEHAM,       )
         a.k.a. "Nat,"               )
 3  MICHELLE ENCK,                   )
                                     )
 4                Defendants.        )
                                     )
 5
```

      The government hereby applies <u>ex parte</u> for an order that the indictment and any related pleadings in the above-titled case (but not the arrest warrants for the charged defendants) be kept under seal until such time as the government informs the Clerk's Office in writing that one or more of the charged defendants have been taken into custody on the indictment or the government moves to unseal the indictment, whichever occurs first.

      This <u>ex parte</u> application is made pursuant to Federal Rule of Criminal Procedure 6(e)(4) and is based on the attached declaration of Terri K. Flynn.

DATED: August 27, 2008      Respectfully submitted,

THOMAS P. O'BRIEN
United States Attorney

ROBB C. ADKINS
Assistant United States Attorney
Chief, Santa Ana Office

_____
TERRI K. FLYNN
Assistant United States Attorney

DECLARATION OF TERRI K. FLYNN

I, Terri K. Flynn, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the prosecution of <u>United States v. Jerry Fanyuan Lin, et al.</u>, the indictment which is being presented to a federal grand jury in the Central District of California on August 27, 2008.

2. The defendants charged in the above-captioned indictment have not been taken into custody on the charges contained in the indictment and have not been informed that they are being named as defendants in the indictment to be presented to the grand jury on August 27, 2008. The likelihood of apprehending one or more of the charged defendants might be jeopardized if the indictment in this case was made publicly available before the defendants are taken into custody on the indictment.

3. Accordingly, the government requests that the indictment in this case (but not the arrest warrants) be sealed until one of the defendants is taken into custody on the charges contained in the indictment and the government either notifies the clerk's office in writing of the fact that one of the charged

///
///

1  defendants has been apprehended or the government moves to unseal
2  the indictment, whichever occurs first.
3      I declare under penalty of perjury that the foregoing is
4  true and correct to the best of my knowledge and belief.
5  DATED: August 26, 2008

                                    _____
                                    TERRI K. FLYNN