# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**SACR 08-223**

## CASE SUMMARY

 ORIGINAL

---

Case Number _____
U.S.A. v. __JAGMOHAN S. DHILLON__
☒ Indictment     ☐ Information

Defendant Number __8__
Date of Birth __1972__
Investigative Agency (FBI, DEA, etc.) __DEA, FBI__

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".**

### OFFENSE/VENUE

a. Offense charged as a:     ☐ Petty Offense
   ☐ Misdemeanor  ☐ Minor Offense    ☒ Felony
b. Date of Offense: _____
c. County in which first offense occurred:
   __Orange County__
d. The crimes charged are alleged to have been committed in:
   CHECK **ALL** THAT APPLY
   ☒ Los Angeles    ☐ Ventura
   ☒ Orange         ☐ Santa Barbara
   ☒ Riverside      ☐ San Luis Obispo
   ☒ San Bernardino ☐ Other _____

Citation of offense: __21 U.S.C. § 846, 841(a), 841(a)  841(a), 1956(a)(3)(A)__

### RELATED CASE
Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☒ No    ☐ Yes
   IF YES   Case Number _____

Pursuant to Section 11 of General Order 224, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** __SA CR 08-191-AG__

### PREVIOUSLY FILED COMPLAINT
A complaint was previously filed on: _____
   Case Number: _____
   Charging: _____

The Complaint:    ☐ is still pending
   ☐ was dismissed on: _____

### COMPLEX CASE
Are there 8 or more defendants in the Indictment/Information?
   ☒ Yes*             ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☒ Yes*             ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

### SUPERSEDING INDICTMENT/INFORMATION

This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
_____

Case Number: _____

The superseded case:
☐ is still pending before Judge/Magistrate Judge
_____
☐ was previously dismissed on: _____

Are there 8 or more defendants in the superseding case?
   ☐ Yes*             ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*             ☐ No

Was a Notice of Complex Case filed on the Indictment of Information?
   ☐ Yes              ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required: ☒ Yes    ☐ No
IF YES, list language and/or dialect:
   __Punjabi__


DOCKETED ON CM
AUG 28 200_
BY _____ 040

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

**OTHER**
- ☒ Male ☐ Female
- ☐ U.S. Citizen ☒ Alien
- Alies Name(s): _____
- This defendant is charged in: ☐ All counts
- ☒ Only counts: __1__

☐ This defendant is designated as "High Risk" per 18 U.S.C. 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 U.S.C. 3166(b)(7).

Is defendant a juvenile: ☐ Yes ☒ No
IF YES, should matter be sealed? ☐ Yes ☐ No

The area of substantive law that will be involved in this case includes:
- ☐ financial institution fraud
- ☐ public corruption
- ☐ government fraud
- ☐ tax offenses
- ☐ environmental issues
- ☐ mail/wire fraud
- ☒ Other: Conspiracy to Distribute and Posses with Intent to Distribute

**CUSTODY STATUS**
Defendant is **NOT** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   In the amount of $_____
c. PSA supervision? ☐ Yes ☐ No
d. Is a Fugitive? ☐ Yes ☐ No
e. Is on bail or release from another district: _____

f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested: ☐ Yes ☐ No

Defendant is **IN** custody:
a. Place of incarceration: ☐ State ☒ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction: ☐ Yes ☐ No
   IF YES ☐ State ☐ Federal ☐ Writ of Issue
f. Awaiting trial on other charges: ☐ Yes ☐ No
   IF YES ☐ State ☐ Federal AND
   Name of Court: _____
Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ___ 20 ___ 21 ___ 400

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

Date: _____

*Signature of Assistant U.S. Attorney*

TERRI K. FLYNN
*Print Name*