# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ORIGINAL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>JERRY FANYUAN LIN, JASON I. MING WEI,<br>REN SUI, a.k.a. "Jeffrey," ERIK DAMIEN<br>VICENTE, JOSE G. GARIBAY,   a.k.a. "Guero,"<br>SHANE KELTER, ADRIAN GARCIA DE ALBA,<br>     a.k.a. "Pedro," JAGMOHAN S. DHILLON,<br>PARAMIJT SINGH, a.k.a "Pumma,"<br>WALTHER EDGARDO ORELLANA AGUILAR,<br>     a.k.a. "Sharky,"<br>FAUSTO VILLA PEREZ, MING CHIEN HSIEH,<br>     a.k.a. "Sonny,"<br>HONG YEE CHOW, a.k.a. "Annie,"<br>MARCO ANTONIO SILVA MOTA,<br>ALEXANDER CHIANG POU,<br>     a.k.a. "Alex,"<br>NATHANAEL GARRARD LINEHAM,<br>     a.k.a. "Nat,"<br>MICHELLE ENCK,<br>            Defendant. | CASE No. SA CR 08- **SACR 08-223**<br><br>NOTICE TO COURT<br>OF RELATED CRIMINAL CASE<br><br>(PURSUANT TO GENERAL ORDER 224)<br><br>FILED 2008 AUG 27 PM 2:53 |

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to __United States v. Alexandru Sabau__,
Case No. __SA CR 08-00191-AG__, which:

__X__     was previously assigned to the Honorable __Guilford__;

_____     have not been previously assigned.

The above-entitled cases may be related for the following reasons:

__X__     the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

_____     the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Additional explanation (if any):

DATED: _____

DOCKETED AUG 28 20__ BY ___

__/s/ Terri K. Flynn__
Terri K. Flynn
Assistant United States Attorney

(NOTICE FRM - 6/98)