UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**ORIGINAL**

UNITED STATES OF AMERICA,

PLAINTIFF(S)

v.

JERRY FANYUAN LIN et al.,

DEFENDANT(S).

Initial Indictment:

**SACR 08-223**

Case Number to be Assigned by Criminal Intake Clerk

Superseding Indictment:

_____
Case Number

**NOTICE TO COURT OF COMPLEX CRIMINAL CASE**
(To Be Filed No Later than Two Business Days Prior to the Time of Arraignment)

☑ **Initial Indictment**

Upon a careful review of the initial indictment, it is the opinion of the United States Attorney's Office that this case qualifies as complex because:

☑ There are eight (8) or more defendants. The number of defendants is __17__.

and/or

☑ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days. The current estimate is __20__ trial days.

☐ **Superseding Indictment**

Upon a careful review of the _____ superseding indictment, it is the opinion of the United States Attorney's Office that this case now qualifies as complex because:

☐ There are eight (8) or more defendants. The number of defendants is _____ (The previous number of defendants was _____).

and/or

☐ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days. The current estimate is _____ trial days. (The previous estimate was _____ trial days.)

Date: _____

_____
Assistant United States Attorney

DOCKETED ON CM
AUG 28

CR-63 (07/05)          NOTICE TO COURT OF COMPLEX CRIMINAL CASE