# Memorandum



ORIGINAL

SACR 08-223

| Subj:<br>United States v. JERRY FANYUAN LIN, JASON I. MING WEI, REN SUI, a.k.a. "Jeffrey," ERIK DAMIEN VICENTE, JOSE G. GARIBAY, a.k.a. "Guero," SHANE KELTER, ADRIAN GARCIA DE ALBA, a.k.a. "Pedro," JAGMOHAN S. DHILLON, PARAMIJT SINGH, a.k.a "Pumma," WALTHER EDGARDO ORELLANA AGUILAR, a.k.a. "Sharky," FAUSTO VILLA PEREZ, MING CHIEN HSIEH, a.k.a. "Sonny," HONG YEE CHOW, a.k.a. "Annie," MARCO ANTONIO SILVA MOTA, ALEXANDER CHIANG POU, a.k.a. "Alex," NATHANAEL GARRARD LINEHAM, a.k.a. "Nat," MICHELLE ENCK, | Date:<br><br>August 25, 2008  |
|---|---|

| To:<br>SHERRI R. CARTER<br>District Court Executive<br>United States District Court<br>Central District of California | From:<br>TERRI K. FLYNN<br>Assistant United States Attorney<br>Criminal Division |

The matter relating to the above-referenced criminal action,

<u>United States v. JERRY FANYUAN LIN, JASON I. MING WEI, REN SUI, a.k.a. "Jeffrey," ERIK DAMIEN VICENTE, JOSE G. GARIBAY, a.k.a. "Guero," SHANE KELTER, ADRIAN GARCIA DE ALBA, a.k.a. "Pedro," JAGMOHAN S. DHILLON, PARAMIJT SINGH, a.k.a "Pumma," WALTHER EDGARDO ORELLANA AGUILAR, a.k.a. "Sharky," FAUSTO VILLA PEREZ, MING CHIEN HSIEH, a.k.a. "Sonny," HONG YEE CHOW, a.k.a. "Annie," MARCO ANTONIO SILVA MOTA, ALEXANDER CHIANG POU, a.k.a. "Alex," NATHANAEL GARRARD LINEHAM, a.k.a. "Nat," MICHELLE ENCK,</u>

__being filed on  August 27, 2008,
   [ ] is

DOCKETED
AUG 2 8 20
BY

[x] is not

a matter (1) that was pending in the Organized Crime Section of the USAO before September 29, 2000, the date on which Stephen G. Larson resigned his appointment in that office; or (2) in which Stephen G. Larson was personally involved or on which he was personally consulted while employed in the USAO.

*[signature]*
TERRI K. FLYNN
Assistant United States Attorney
Criminal Division