```
 1 | THOMAS P. O'BRIEN
   | United States Attorney
 2 | ROBB C. ADKINS
   | Assistant United States Attorney
 3 | Chief, Santa Ana Office
   | TERRI K. FLYNN (Cal. State Bar No. 204932)
 4 | Assistant United States Attorney
   |     Ronald Reagan Federal Building & Courthouse
 5 |     411 West Fourth Street, Suite 8000
   |     Santa Ana, California 92701
 6 |     Telephone:  (714) 338-3592
   |     Facsimile:  (714) 338-3561
 7 |     E-mail: Terri.K.Flynn@usdoj.gov
 8 | Attorneys for Plaintiff
   | UNITED STATES OF AMERICA
 9
```

FILED 2008 SEP 30 AM 10: 38

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. SA CR 08-223 |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S EX PARTE |
| | ) | APPLICATION FOR ORDER |
| v. | ) | UNSEALING INDICTMENT; |
| | ) | DECLARATION OF TERRI K. FLYNN |
| JERRY FANYUAN LIN, | ) | |
| JASON I. MING WEI, | ) | |
| REN SUI, | ) | |
|     a.k.a. "Jeffrey," | ) | |
| ERIK DAMIEN VICENTE, | ) | |
| JOSE G. GARIBAY, | ) | |
|     a.k.a. "Guero," | ) | |
| SHANE KELTER, | ) | |
| ADRIAN GARCIA DE ALBA, | ) | |
|     a.k.a. "Pedro," | ) | |
| JAGMOHAN S. DHILLON, | ) | |
| PARAMIJT SINGH, | ) | |
|     a.k.a "Pumma," | ) | |
| WALTHER EDGARDO ORELLANA AGUILAR, | ) | |
|     a.k.a. "Sharky," | ) | |
| FAUSTO VILLA PEREZ, | ) | |
| MING CHIEN HSIEH, | ) | |
|     a.k.a. "Sonny," | ) | |
| HONG YEE CHOW, | ) | |
|     a.k.a. "Annie," | ) | |
| MARCO ANTONIO SILVA MOTA, | ) | |
| ALEXANDER CHIANG POU, | ) | |
|     a.k.a. "Alex," | ) | |
| _____ | ) | |

1
2  NATHANAEL GARRARD LINEHAM,           )
        a.k.a. "Nat,"                  )
3  MICHELLE ENCK,                      )
                                        )
4                Defendants.            )
                                        )
5
6       The United States of America hereby applies to this Court
7  for an order unsealing the indictment in the above-captioned
8  proceedings.  In support of this application, the government
9  submits the attached Declaration of Terri K. Flynn.
10 DATED: September 30, 2008         Respectfully submitted,
11                                   THOMAS P. O'BRIEN
                                      United States Attorney
12
                                      ROBB C. ADKINS
13                                    Assistant United States Attorney
                                      Chief, Santa Ana Office
14
                                      _____
15
                                      TERRI K. FLYNN
16                                    Assistant United States Attorney
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF TERRI K. FLYNN

I, Terri K. Flynn, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the prosecution of United States v. Jerry Fanyuan Lin, et al., SA CR 08-223.

2. On September 28, 2008, defendant Jason I. Ming WEI was arrested pursuant to the indictment. Defendant Wei made his initial appearance on September 29, 2008. At that time, the government requested in writing that the indictment be unsealed as to defendant WEI, but that it be resealed as to all other defendants who had not yet been arrested.

3. On September 30, 2008, a number of the remaining defendants were arrested.

4. Accordingly, the government requests that the indictment in this case be unsealed.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: September 30, 2008

TERRI K. FLYNN