## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | SACR 08-223 JVS |
| v. | |
| Jerry F Lin, et al. | **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08-05** (Related Criminal Case) |
| DEFENDANT(S). | |

### CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 08-05.

Oct 7, 2008

_____
Date

Andrew Guilford
_____
United States District Judge

### DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth below:

_____

_____

_____

_____
Date

_____
United States District Judge

### REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case _SACR 08-191 AG_____ and the present case:

☑ A.   Arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
☐ B.   Involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

### Notice to Counsel from Clerk

On all documents subsequently filed in this case, please substitute the initials _____AG_____ after the case number in place of the initials of the prior judge, so that the case number will read _____SACR 08-223 AG_____. This is very important because traditionally filed documents are routed to the assigned judge by means of these initials.

Traditionally filed subsequent documents must be filed at the: ☐ Western   ☐ Southern   ☐ Eastern Division. Failure to file at the proper location will result in your documents being returned to you.

cc: ☐ PSALA   ☐ PSASA   ☐ PSAED   ☐ USMLA   ☐ USMSA   ☐ USMED   ☑ Previous Judge   ☑ Statistics Clerk

CR-59 (12/07)          **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08-05 (Related Criminal Case)**