1  THOMAS P. O'BRIEN
   United States Attorney
2  ROBB C. ADKINS
   Assistant United States Attorney
3  Chief, Santa Ana Branch Office
   TERRI K. FLYNN (CA SBN 204932)
4  Assistant United States Attorneys
         United States Courthouse
5        411 West Fourth Street, Suite 8000
         Santa Ana, California  92701
6        Telephone: (714) 338-3500
         Facsimile: (714) 338-3561
7        Email: Terri.K.Flynn@usdoj.gov

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
9

10                    UNITED STATES DISTRICT COURT

11               FOR THE CENTRAL DISTRICT OF CALIFORNIA

12
    UNITED STATES OF AMERICA,    )  SA CR No.  08-223-AG
13                               )
                 Plaintiff,      )  STIPULATION REGARDING REQUEST FOR
14                               )  (1) CONTINUANCE OF TRIAL DATE AND
                 v.              )  (2) FINDINGS OF EXCLUDABLE TIME
15                               )  PERIODS PURSUANT TO SPEEDY TRIAL
    JERRY FANYUAN LIN,           )  ACT
16  JASON I. MING WEI,           )
    JOSE G. GARIBAY,             )
17      a.k.a. "Guero,"          )  CURRENT TRIAL DATE:
    FAUSTO VILLA PEREZ,          )    June 19, 2009
18  HONG YEE CHOW,               )  PROPOSED TRIAL DATE:
        a.k.a. "Annie,"          )    June 15, 2010
19                               )
                 Defendants.     )  CURRENT STATUS CONFERENCE:
20                               )    June 8, 2009 at 2:00 p.m.
                                 )  PROPOSED STATUS CONFERENCE
21                               )    June 7, 2010 at 2:00 p.m.
                                 )
22  ─────────────────────────────

23       Plaintiff United States of America, by and through its

24  attorney of record, Assistant United States Attorney TERRI K.

25  FLYNN, and defendant JERRY FANYUAN LIN, by and through his

26  counsel of record, ALEXANDER KESSEL, defendant JASON I. MING WEI,

27  by and through his counsel of record, MICHAEL SEVERO, defendant

28  JOSE G. GARIBAY, by and through his counsel of record, PETER

SCALISI, defendant FAUSTO VILLA PEREZ, by and through his counsel

of record, DIANE BASS, defendant HONG YEE CHOW, by and through

her counsel of record, C. THOMAS McDONALD, hereby stipulate as

follows:

   1.   The Indictment in this case was August 27, 2008.

Defendant WEI first appeared before a judicial officer

of the court in which the charges in this case were pending on

September 29, 2008.  The remainder of the defendants appeared

before a judicial officer of the court in which the charges in

this case were pending on September 30, 2008.  The Speedy Trial

Act, 18 U.S.C. § 3161, originally required that the trial

commence on or before December 8, 2008.

   2.   On October 6, 2008, the Court set a trial date of

November 25, 2008 and a status conference date of November 17,

2008 at 2:00 p.m.

   3.   Defendants LIN, WEI, and GARIBAY, are detained pending

trial.  Defendants PEREZ and CHOW are released on bond pending

trial.  The parties estimate that the trial in this matter will

last approximately 16 days.  All defendants are joined for trial

and a severance has not been granted.  Additionally, there are

approximately eight outstanding defendants that have not been

arrested and that are fugitives.

   4.   By prior stipulation, the parties jointly moved to

continue the trial date to June 19, 2009 and the status

conference to June 8, 2009 at 2:00 p.m.

   5.   By this stipulation, the parties jointly move to

continue the trial date to June 15, 2010 and the status

1  conference to June 7, 2010 at 2:00 p.m.  This is the second

2  request for a continuance.

3      6.    The parties request the continuance based upon the

4  following facts, which the parties believe demonstrate good cause

5  to support the appropriate findings under the Speedy Trial Act:

6          a.   All defendants are charged with a violation of 21

7  U.S.C. § 846: conspiracy to distribute narcotics.  The government

8  has produced discovery to the defense, including nine CD's and

9  almost 5,000 pages of discovery.  This discovery includes

10 thousands of intercepted calls obtained pursuant to a wiretap of

11 several of the defendants' telephones.  The majority of the

12 intercepted calls are in foreign languages, including Mandarin

13 Chinese.

14         b. Due to the nature of the prosecution, the number of

15 defendants, including the charges in the indictment and the

16 voluminous discovery produced to defendants, this case is so

17 unusual and so complex that it is unreasonable to expect adequate

18 preparation for pretrial proceedings or for the trial itself

19 within the Speedy Trial Act time limits.

20

21         c.   In light of the foregoing, counsel for defendants

22 also represent that additional time is necessary to confer with

23 defendants, conduct and complete an independent investigation of

24 the case, conduct and complete additional legal research

25 including for potential pre-trial motions, review the discovery

26 and potential evidence in the case, and prepare for trial in the

27 event that a pretrial resolution does not occur.  Defense counsel

28 represent that failure to grant the continuance would deny them

1  reasonable time necessary for effective preparation, taking into

2  account the exercise of due diligence.

3          d.   Defendants believe that failure to grant the

4  continuance will deny them continuity of counsel and adequate

5  representation.

6          e.   The government does not object to the continuance.

7          f.   The requested continuance is not based on

8  congestion of the Court's calendar, lack of diligent preparation

9  on the part of the attorney for the government or the defense, or

10  failure on the part of the attorney for the Government to obtain

11  available witnesses.

12     7.   For purposes of computing the date under the Speedy

13  Trial Act by which defendant's trial must commence, the parties

14  agree that the time period of June 19, 2009 to June 15, 2010,

15  inclusive, should be excluded pursuant to 18 U.S.C.

16  §§ 3161(h)(7)(A), (h)(7)(B)(i) and (7)(iv) because the delay

17  results from a continuance granted by the Court at defendant's

18  request, without government objection, on the basis of the

19  Court's finding that: (i) the ends of justice served by the

20  continuance outweigh the best interest of the public and

21  defendant in a speedy trial; (ii) failure to grant the

22  continuance would be likely to make a continuation of the

23  proceeding impossible, or result in a miscarriage of justice;

24  (iii) the case is so unusual and so complex, due to the nature of

25  the prosecution and the number of defendants, that it is

26  unreasonable to expect preparation for pre-trial proceedings or

27  for the trial itself within the time limits established by the

28

1   Speedy Trial Act; and (iv) failure to grant the continuance would

2   unreasonably deny defendants continuity of counsel and would deny

3   defense counsel the reasonable time necessary for effective

4   preparation, taking into account the exercise of due diligence.

5         8.   Nothing in this stipulation shall preclude a finding

6   that other provisions of the Speedy Trial Act dictate that

7   additional time periods be excluded from the period within which

8   trial must commence.  Moreover, the same provisions and/or other

9   provisions of the Speedy Trial Act may in the future authorize

10  the exclusion of additional time periods from the period within

11  which trial must commence.

12        IT IS SO STIPULATED.

13

14                                  THOMAS P. O'BRIEN
                                    United States Attorney
15
                                    ROBB C. ADKINS
16                                  Assistant United States Attorney
                                    Chief, Santa Ana Branch Office
17

18

19  June 1, 2009                     Terri K. Flynn
    DATE                            TERRI K. FLYNN
20                                  Assistant United States Attorney

21                                  Attorneys for Plaintiff
                                    United States of America
22

23

24

25

26

27

28

1    I am JERRY FANYUAN LIN's attorney.  I have carefully

2  discussed every part of this stipulation and the continuance of

3  the trial date with my client.  I have fully informed my client

4  of his Speedy Trial rights.  To my knowledge, my client

5  understands those rights and agrees to waive them.  I believe

6  that my client's decision to give up the right to be brought to

7  trial earlier than June 15, 2010 is an informed and voluntary

8  one.

9

10
   June 1, 2009                    Alexander Kessel by permission TKF
11 DATE                            ALEXANDER KESSEL
                                   Attorney for Defendant
12                                 JERRY FANYUAN LIN

13

14    I am JASON I. MING WEI's attorney.  I have carefully

15 discussed every part of this stipulation and the continuance of

16 the trial date with my client.  I have fully informed my client

17 of his Speedy Trial rights.  To my knowledge, my client

18 understands those rights and agrees to waive them.  I believe

19 that my client's decision to give up the right to be brought to

20 trial earlier than June 15, 2010 is an informed and voluntary

21 one.

22

23
   May 28, 2009                    Michael Severo by permission TKF
24 DATE                            MICHAEL SEVERO
                                   Attorney for Defendant
25                                 JASON I. MING WEI

26

27

28

```
 1        I am JOSE G. GARIBAY's attorney.  I have carefully discussed
 2   every part of this stipulation and the continuance of the trial
 3   date with my client.  I have fully informed my client of his
 4   Speedy Trial rights.  To my knowledge, my client understands
 5   those rights and agrees to waive them.  I believe that my
 6   client's decision to give up the right to be brought to trial
 7   earlier than June 15, 2010 is an informed and voluntary one.
 8
 9   5/23/09                          PETER SCALISI
     DATE                             Attorney for Defendant
10                                    JOSE G. GARIBAY
11        I am FAUSTO VILLA PEREZ's attorney.  I have carefully
12   discussed every part of this stipulation and the continuance of
13   the trial date with my client.  I have fully informed my client
14   of his Speedy Trial rights.  To my knowledge, my client
15   understands those rights and agrees to waive them.  I believe
16   that my client's decision to give up the right to be brought to
17   trial earlier than June 15, 2010 is an informed and voluntary
18   one.
19
20
21   DATE                             DIANE BASS
                                      Attorney for Defendant
22                                    FAUSTO VILLA PEREZ
23
24
25
26
27
28
```

1    I am JOSE G. GARIBAY's attorney.  I have carefully discussed

2  every part of this stipulation and the continuance of the trial

3  date with my client.  I have fully informed my client of his

4  Speedy Trial rights.  To my knowledge, my client understands

5  those rights and agrees to waive them.  I believe that my

6  client's decision to give up the right to be brought to trial

7  earlier than June 15, 2010 is an informed and voluntary one.

8

9  _____    _____
   DATE                          PETER SCALISI
10                               Attorney for Defendant
                                 JOSE G. GARIBAY
11
     I am FAUSTO VILLA PEREZ's attorney.  I have carefully
12
   discussed every part of this stipulation and the continuance of
13
   the trial date with my client.  I have fully informed my client
14
   of his Speedy Trial rights.  To my knowledge, my client
15
   understands those rights and agrees to waive them.  I believe
16
   that my client's decision to give up the right to be brought to
17
   trial earlier than June 15, 2010 is an informed and voluntary
18
   one.
19

20  ___5/22/09_____    _____
   DATE                          DIANE BASS
21                               Attorney for Defendant
                                 FAUSTO VILLA PEREZ
22

23

24

25

26

27

28

1   I am HONG YEE CHOW's attorney. I have carefully discussed
2 every part of this stipulation and the continuance of the trial
3 date with my client. I have fully informed my client of her
4 Speedy Trial rights. To my knowledge, my client understands
5 those rights and agrees to waive them. I believe that my
6 client's decision to give up the right to be brought to trial
7 earlier than June 15, 2010 is an informed and voluntary one.

8
9   DATE  5/26/05

    C. THOMAS McDONALD
    Attorney for Defendant
10   HONG YEE CHOW

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28