# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER: |
|---|---|
| v. | SACR08-223-8 |
| JAGMOHAN S. DHILLON | REPORT COMMENCING CRIMINAL ACTION |
| DEFENDANT(S). | |

FILED 2009 JUL 23 PM 12:13 U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 7/23/09  10:00 A.M.  ☒ AM / ☐ PM
2. Defendant is in lock-up (in this court building)  Yes ☒  No ☐
3. Charges under which defendant has been booked: 21 USC 846, 841(a), 1956(a)(3)(A)
4. Offense charged is a: ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor
5. U.S. Citizen: ☐ Yes  ☒ No  ☐ Unknown
6. Interpreter Required: ☒ No  ☐ Yes: _____ (Language)
7. Year of Birth: 1972
8. The defendant is: ☒ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): N/A
10. Date detainer placed on defendant: N/A
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. N/A)
12. Does the defendant have retained counsel?  ☒ No
    ☐ Yes  Name: _____ and Phone Number: _____
13. Did you notify Pretrial Services?  ☐ No
    ☒ If yes, please list Officer's Name: JILL STRATTON  Time: 11:40 ☒ AM ☐ PM
14. Remarks (if any): _____

15. Date: 7/22/09
16. Name: STEVEN BEURNE (Please Print)
17. Agency: US MARSHAL
18. Signature: _____
19. Office Phone Number: (714) 338-4610