# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. Jagmohan S. Dhillon Defendant. | Southern Division<br><br>Case #: 8:08-CR-00223-AG-8    Indictment<br>Initial App. Date: 07/23/2009    Time: 2:00 PM<br><br>Date Filed: 08/27/2008<br>Violation: 21: 846;841; 18:1956(a)(3)(A)<br>CourtSmart: CS 7/23/09 |
| **PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Robert N. Block** | **CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE** |

**PRESENT:**   Kerri Glover         M. Dabiri           / None
                  ---                  --                   --
              *Deputy Clerk*    *Assistant U.S. Attorney*   *Interpreter/Language*

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review

☑ Attorney: Robison Harley  ☑ Panel,  ☑ Appointed

☑ PIA set for August 3, 3009 at 10:00 AM in Santa Ana.

☑ Defendant committed to the custody of the U.S. Marshal

☑ Other: Hon. Mary Alice Theiler from the Western District of Washington (Seattle) ordered Defendant detained on July 10, 2009, pending further hearings in CA. Hon. Theiler found defendant qualified for appointment of counsel during his initial appearance on July 6, 2009.

Deputy Clerk Initials: KLG
00 : 02