```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  ROBB C. ADKINS
    Assistant United States Attorney
 3  Chief, Santa Ana Branch Office
    TERRI K. FLYNN
 4  Assistant United States Attorney
    (Cal. State Bar # 204932)
 5       United States Courthouse
         411 W. Fourth Street, 8th Floor
 6       Santa Ana, California 92701
         Telephone:  (714) 338-3500
 7       Facsimile:  (714) 338-3564
         Email:  terri.k.flynn@usdoj.gov
 8
    Attorneys for Plaintiff
 9  United States of America
```

**ORIGINAL**

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 2 3 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                       DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | Case No. SA CR 08-223-AG |
|              Plaintiff,          ) | GOVERNMENT'S NOTICE OF REQUEST |
|                                  ) | FOR DETENTION |
|     v.                           ) | |
|                                  ) | |
| JAGMOHAN S. DHILLON,             ) | |
|              Defendant.          ) | |
|                                  ) | |

   Plaintiff, United States of America, by and through its counsel of record, hereby requests detention of defendant and gives notice of the following material factors:

   ____ 1. <u>Temporary 10-day Detention Requested (§ 3142(d))</u>
            <u>on the following grounds</u>:

        ____ a. offense committed while defendant was on
                release pending (felony trial), (sentencing)
                (appeal) or on (probation) (parole);

    ____ b. alien not lawfully admitted for permanent residence;

    ____ c. flight risk;

    ____ d. danger to community.

✗ 2. <u>Pretrial Detention Requested (§ 3142(e)) because no condition or combination of conditions will reasonably assure against</u>:

    ✗ a. danger to any other person or the community;

    ✗ b. flight.

____ 3. <u>Detention Requested Pending Supervised Release/Probation Revocation Hearing (Rules 32.1, 46, § 3143) because defendant cannot establish a condition or combination of conditions that will reasonably assure against</u>:

    ____ a. Danger to any other person or the community;

    ____ b. Flight.

✗ 4. <u>Presumptions Applicable to Pretrial Detention (18 U.S.C. § 3142(e))</u>:

    ✗ a. Title 21 offense with 10-year or greater maximum penalty (presumption of danger to community and flight risk);

    ____ b. firearm used or carried during offense (18 U.S.C. § 924(c)) (presumption of danger to community and flight risk);

    ____ c. offense under Maritime Drug Law Enforcement Act (46 U.S.C. App. 1901 et seq.) (presumption of danger to community and flight risk);

    \_\_\_\_ d. defendant currently charged with (I) crime of violence, (II) offense with maximum sentence of life imprisonment or death, (III) Title 21 offense with ten year or greater maximum sentence, or (IV) state or local offense that would qualify under I, II, or III if federal jurisdiction were present, <u>and</u> defendant was previously convicted of a crime listed in I, II, or III committed while on release pending trial, <u>and</u> the current offense was committed within five years of conviction or release from prison on the above-described previous conviction (presumption of danger to community).

    \_\_\_\_ e. Title 18, United States Code offense involving a minor victim under section 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425.

✗  5.  <u>Government is Entitled to Detention Hearing Under § 3142(f) Based on the Following</u>:

    \_\_\_\_ a. crime of violence (defined in 18 U.S.C. § 3156);

    \_\_\_\_ b. maximum sentence is life imprisonment or death;



    ✗ c. Title 21 offense with maximum sentence of ten

years or more;

____ d. instant offense is felony and defendant has two or more convictions for a crime set forth in a-c above or for an offense under state or local law that would qualify under a, b, or c if federal jurisdiction were present;

____ e. serious risk of flight;

____ f. serious risk of (obstructing justice or attempting to obstruct justice)(threatening, injuring, or intimidating witness or juror, or attempting to do so).

____ 6. Government requests continuance of ____ days for detention hearing based upon the following reason: _____
_____
_____
_____

///
///
///

____    7.    Good cause for continuance in excess of three days exists in that:

_____

_____

_____

_____

DATED: July 23, 2009.    Respectfully submitted,

THOMAS P. O'BRIEN
United States Attorney

ROBB C. ADKINS
Assistant United States Attorney
Chief, Santa Ana Branch

*/s/*

TERRI T. FLYNN
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

5