UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　Plaintiff(s),<br>　　vs.<br>Jagmohan S. Dhillon<br>　　　　　　　　　　Defendant. | Case Number: 8:08-CR-00223-AG-8<br><br>**NOTICE DIRECTING DEFENDANT TO APPEAR<br>FOR ARRAIGNMENT ON<br>INDICTMENT/INFORMATION** |

YOU ARE HEREBY NOTIFIED AND DIRECTED to appear before United States Magistrate Judge Arthur Nakazato, United States Courthouse located at:

☐ Western Division　　　　☑ Southern Division　　　　☐ Eastern Division
　255 E. Temple Street　　　　411 W. Fourth Street　　　　3470 Twelfth Street
　Courtroom 341, 3rd Floor　　Courtroom 6B, 6th Floor　　 Courtroom ____, ____ Floor
　Los Angeles, CA 90012　　　Santa Ana, CA 92701　　　　 Riverside, CA 92501

at 10:00 AM on August 3, 2009, at which time you shall be arraigned on the indictment or information. Upon arraignment, your case will be assigned to a Judge of this Court, before whom you must be prepared to appear the afternoon of the same day and enter a plea.

If you have retained your own attorney, he or she must be present with you on the date ordered above. If you do not have an attorney, an attorney will be appointed to represent you at the time, provided you are without sufficient funds to retain a private attorney.

**IF YOU FAIL TO APPEAR AT THE DATE, TIME AND PLACE INDICATED, YOUR PRESENT BOND WILL BE FORFEITED AND THE COURT WILL ISSUE A WARRANT FOR YOUR ARREST.**

NOTE: Your case may be assigned for further proceedings in a division **different from the one indicated above**. If so, a notice will be mailed to you and your attorney, therefore, keep in close contact with your attorney so you will not waste time and effort by going to the wrong location.

　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. District Court

Filed &07/23/2009　　　　　　　　　　　　　　　By: Kerri Glover
Dated:------------------------　　　　　　　　-----------------------------------
　　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge Courtroom Deputy Clerk