# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 8:08-CR-00223-AG          Recorder: CS 08/03/2009          Date: 08/03/2009

Present: The Honorable Arthur Nakazato, U.S. Magistrate Judge

Court Clerk: Melissa Cash                        Assistant U.S. Attorney: Mark Takla, AUSA

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 8. JAGMOHAN S. DHILLON CUSTODY | Robison Harley, CJA Panel Apptd. | Punjabi | Rakibun Rafiquzzaman |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case was previously assigned to the calendar of District Judge Andrew J. Guilford.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial September 15, 2009, 9:00 a.m.
    Status Conference August 31, 2009, at 2:00 p.m.
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

Trial estimate: 20 days.

cc: Statistics Clerk, PSALA Interpreter, PSASA, USMSA

00 : 03
Initials of Deputy Clerk: mc