UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
Office of the Clerk
700 STEWART ST. LOBBY LEVEL
SEATTLE, WA 98101
(206) 370-8400

SACR08-00223-AG

July 10, 2009

FILED
CLERK U.S DISTRICT COURT
JUL 17 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Clerk, US District Court
411 West Fourth Street, Room 1053
Santa Ana, CA 92701-4516

Re:   **JAGMOHAN DHILLON**
      Your Case No: **SACR08-223**
      Our Case No: **MJ09-336**

Dear Clerk:

Pursuant to the order transferring the above captioned case to your court per RULE 5(c)(3)(D), dated July 10, 2009, please download the documents maintained electronically by the District Court through PACER for the Western District of Washington at **https://ecf.wawd.uscourts.gov/**.

Please acknowledge receipt on the enclosed copy of this letter and return it in the provided business reply envelope.

Sincerely,

BRUCE RIFKIN, District Court Executive

*Judith A. Thomas*

Judith A. Thomas,
Deputy Clerk

CLOSED

# U.S. District Court
## United States District Court for the Western District of Washington (Seattle)
### CRIMINAL DOCKET FOR CASE #: 2:09-mj-00336-MAT-1

| | |
|---|---|
| Case title: USA v. Dhillon | Date Filed: 07/06/2009 |
| Other court case number: CR08-223-AG Central District of California | Date Terminated: 07/10/2009 |

Assigned to: Hon. Mary Alice Theiler

### Defendant (1)

**Jagmohan Dhillon**  
*TERMINATED: 07/10/2009*

represented by **Jay Warren Stansell**  
FEDERAL PUBLIC DEFENDER'S OFFICE (SEA)  
1601 5TH AVE  
STE 700 WESTLAKE CENTER OFFICE TOWER  
SEATTLE , WA 98101  
206-553-1100  
Fax: FAX 553-0120  
Email: jay_stansell@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**  
None

**Disposition**

**Highest Offense Level (Opening)**  
None

**Terminated Counts**  
None

**Disposition**

**Highest Offense Level (Terminated)**  
None

**Complaints**  
21:846=CD.F Conspiracy to Possess with Intent to Distribute Ecstasy and Methamphetamine

**Disposition**

### Plaintiff

**USA**

represented by **Karyn S Johnson**  
US ATTORNEY'S OFFICE (SEA)

700 STEWART ST
STE 5220
SEATTLE , WA 98101-1271
206-553-7970
Email: Karyn.S.Johnson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/03/2009 | | Arrest of Jagmohan Dhillon on 7/3/2009. (HAZ) (Entered: 07/06/2009) |
| 07/06/2009 | 1 | CHARGING DOCUMENT RECEIVED FROM OTHER COURT as to Jagmohan Dhillon (Attachments: # 1 warrant)(HAZ) (Entered: 07/06/2009) |
| 07/06/2009 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER appointing Jay Warren Stansell for Jagmohan Dhillon. On the basis of the defendant's sworn financial statement, the court finds that he/she is financially unable to retain counsel. It is hereby ORDERED that the Federal Public Defender for the Western District of Washington be and hereby is appointed to represent the defendant pursuant to Title 18 United States Code 3006A. Signed by Hon. Mary Alice Theiler. *(No.pdf image attached)* (HAZ) (Entered: 07/06/2009) |
| 07/06/2009 | 4 | MOTION for Detention by USA as to Jagmohan Dhillon (HAZ) (Entered: 07/06/2009) |
| 07/06/2009 | 5 | Minute Entry for proceedings held before Hon. Mary Alice Theiler- CRD: *HAZ*; AUSA: *K JOHNSON*; Def Cnsl: *J STANSELL*; PTS: *S JOHNSON*; Time of Hearing: *2:30 PM*; Courtroom: *12B*; Interpreter: *Santosh Wahi*; Language: *Punjabi*; **INITIAL APPEARANCE IN RULE 5(c)(3) PROCEEDINGS** as to Jagmohan Dhillon held on 7/6/2009. CT reviews financial affidavit and appoints counsel. Defendant advised of rights and charges pending in CD-CA. Govt moves for detention, hearing set. Defendant(s) remanded to custody.<br><br>Rule 5 status and Detention Hearing set for 7/10/2009 at 01:30 PM before Hon. Mary Alice Theiler. (HAZ) (Entered: 07/06/2009) |
| 07/07/2009 | 6 | WAIVER of Rule 5(c)(3) Hearings by Jagmohan Dhillon (cc: USMO) (Stansell, Jay) (Entered: 07/07/2009) |
| 07/10/2009 | 7 | Minute Entry for proceedings held before Hon. Mary Alice Theiler- CRD: *J Thomas*; AUSA: *Karyn Johnson*; Def Cnsl: *Jay Stansell*; PTS: *Sarah Johnson*; Court Reporter: *(digital recording)*; Time of Hearing: *1:30*; Courtroom: *12B*; Interpreter: *Pran Wahi*; Language: *Punjabi*; **DETENTION HEARING** as to Jagmohan Dhillon held on 7/10/2009. Defendant present in custody and advised of charges pending in California. Defendant has filed a Waiver of Identity Hearing. Court signs ORDER OF TRANSFER. Defense stipulates to detention. Defendant ORDERED detained pending further hearings in CA. Defendant remanded to custody to be returned to the charging district. (JT) (Entered: 07/10/2009) |
| 07/10/2009 | 8 | DETENTION ORDER PENDING FURTHER HEARINGS IN CHARGING DISTRICT as to Jagmohan Dhillon by Hon. Mary Alice Theiler. (cc: PTS, USMO) (JT) (Entered: 07/13/2009) |
| 07/10/2009 | 9 | ORDER OF TRANSFER to District of CENTRAL CALIFORNIA (SOUTHERN) as to Jagmohan Dhillon by Hon. Mary Alice Theiler. (cc: PTS, USMO) (JT) (Entered: 07/13/2009) |
| 07/10/2009 | 10 | Letter from WAWD Clerk's Office regarding paperwork documenting Rule 5 transfer back to Central California as to defendant Jagmohan Dhillon. (JT) (Entered: 07/13/2009) |

Magistrate Judge Theiler

FILED ____ ENTERED
____ LODGED ____ RECEIVED

JUL 06 2009

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

09-MJ-00336-M

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE/TACOMA

UNITED STATES OF AMERICA,           )
                                    )   NO. MJ09-336
                    Plaintiff,      )
                                    )   MOTION FOR DETENTION
            v.                      )   ORDER
                                    )
JAGMOHAN S. DHILLON,                )
                                    )
                    Defendant.      )

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1.  **Eligibility of Case.** This case is eligible for a detention order because this case involves (check all that apply):

    ___  Crime of violence (18 U.S.C. § 3156)

    ___  Crime of Terrorism (18 U.S.C. § 2332b(g)(5)(B)) with a maximum sentence of ten years or more

    ___  Crime with a maximum sentence of life imprisonment or death

    _X_  Drug offense with a maximum sentence of ten years or more

    ___  Felony offense and defendant has two prior convictions in the four categories above, or two State convictions that would otherwise fall within these four categories if federal jurisdiction had existed.

    ___  Felony offense involving a minor victim other than a crime of violence

MOTION FOR DETENTION HEARING/
No. MJ09-336 - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

|   |   |   |
|---|---|---|
| 1 | __ | Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. § 921), or any other dangerous weapon |
| 2 | | |
| 3 | __ | Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. § 2250) |
| 4 | | |
| 5 | _X_ | Serious risk the defendant will flee |
| 6 | __ | Serious risk of obstruction of justice, including intimidation of a prospective witness or juror |
| 7 | 2. | **Reason for Detention.** The Court should detain defendant because there are |

no conditions of release which will reasonably assure (check one or both):

_X_ Defendant's appearance as required

___ Safety of any other person and the community

3. **Rebuttable Presumption.** The United States **will** invoke the rebuttable presumption against defendant under § 3142(e). The presumption applies because:

___ Probable cause to believe defendant committed offense within five years of release following conviction for a "qualifying offense" committed while on pretrial release.

_X_ Probable cause to believe defendant committed drug offense with a maximum sentence of ten years or more

___ Probable cause to believe defendant committed a violation of one of the following offenses: 18 U.S.C.§§ 924(c), 956 (conspiracy to murder or kidnap), 2332b (act of terrorism), 2332b(g)(5)(B) (crime of terrorism)

___ Probable cause to believe defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. §§ 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3), 2252A(a)(1) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

4. **Time for Detention Hearing.** The United States requests the Court conduct the detention hearing:

___ At the initial appearance

_X_ After continuance of _3_ days (not more than 3)

MOTION FOR DETENTION HEARING/
No. MJ09-336 - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

5. <u>Other matters</u>.

DATED this 6th day of July, 2009.

Respectfully submitted,

JEFFREY C. SULLIVAN
United States Attorney

*/s/ Karyn S. Johnson*

KARYN S. JOHNSON
Assistant United States Attorney
WSBA #28857
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Phone No.: (206) 553-2462
Fax No.: (206) 553-4440
Email: karyn.s.johnson@.usdoj.gov

MOTION FOR DETENTION HEARING/
No. MJ09-336 - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

UNITED STATES DISTRICT COURT

for the WESTERN DISTRICT OF WASHINGTON

at Seattle

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JAGMOHAN DHILLON,<br><br>        Defendant, | Case No. MJ09-336<br><br>WAIVER OF RULE 5(c)(3)(D) HEARING<br>and ORDER OF TRANSFER |

<u>WAIVER OF RULE 5(c)(3)(D) HEARING</u>

    I, __JAGMOHAN DHILLON__, have appeared before a United States Magistrate Judge in the Western District of Washington, who has advised me of the provisions of Rule 20 and of my right to a further hearing pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure. I wish to waive my right to such further hearing, therefore:

    a)    I acknowledge that I am the person named in an indictment, information, or warrant pending in the U. S. District Court for the __CENTRAL__ District of __CALIFORNIA__;

    b)    I waive my right to production of the warrant or of any other original papers relating to these charges or certified copies thereof;

1  c)  If I am entitled to a preliminary examination, I elect to have it conducted in the
2      district where the prosecution is pending; and,
3  d)  I consent to the issuance of an order directing me to appear and answer in said
4      district where the charges are pending.
5
6              DATED this 7th day of July, 2009.
7
8  _____    _____
9  Defense Counsel                      Defendant
10
11
12              ORDER OF TRANSFER
13
14      Based upon the foregoing Waiver, it is hereby ORDERED that the further proceedings in
15  this case shall be conducted in the U. S. District Court for the   CENTRAL   District of
16  CALIFORNIA   . The Clerk of this Court shall forthwith transmit to the Clerk in said
17  district the records of proceedings conducted in this district. Unless the defendant is released on
18  bond, the U. S. Marshal is directed to transport defendant as promptly as possible to that district.
19  If released on bond, the defendant is directed to appear in that district for further proceedings at
20  the time and place specified on the bond, or as otherwise directed by court order.
21
22              DATED this _____ day of _____, 20__.
23
24
25
26                            _____
27                            United States Magistrate Judge
28

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of filing to:

Karyn S. Johnson
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101

                               s/ Charlotte Ponikvar
                               Assistant Paralegal
                               Federal Public Defender's Office
                               1601 Fifth Avenue, Suite 700
                               Seattle, WA 98101
                               Tel. (206) 553-1100
                               Fax (206) 553-0120
                               Charlotte_Ponikvar@fd.org

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 09-336 |
| | ) | CD/CA NO. 08-223 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| JAGMOHAN S. DHILLON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Offense charged:    Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances

Date of Detention Hearing:

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)    Defendant is charged by Indictment in the Central District of California with a

DETENTION ORDER                                                                                    15.13
18 U.S.C. § 3142(i)                                                                               Rev. 1/91
PAGE 1

drug offense with a maximum sentence of ten years of more. Therefore, there is a rebuttable presumption under 18 U.S.C. § 3142(e) of risk of nonappearance and risk of danger.

(2)   Defendant was born in India and is a citizen of Canada. Defendant was not interviewed by Pretrial Services. There is some information available about his criminal history but no additional information available regarding his personal history, residence, family ties, ties to this District, his income, financial assets or liabilities, or physical/mental health or controlled substance use, if any.

(3)   Defendant has waived his right to an identity hearing and an order of transfer has been signed. Defendant does not present information in opposition to detention at this time, but will request a detention hearing after appointment of counsel and his first appearance in the charging District.

(4)   There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1)   Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)   Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)   On order of a court of the United States or on request of an attorney for the

DETENTION ORDER                                                                                                 15.13
18 U.S.C. § 3142(i)                                                                                                Rev. 1/91
PAGE 2

Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 10th day of July, 2009.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 3

15.13
Rev. 1/91

09-MJ-00336-ORD

FILED ___ ENTERED
___ LODGED ___ RECEIVED

JUL 10 2009

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

for the WESTERN DISTRICT OF WASHINGTON

at Seattle

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JAGMOHAN DHILLON,

Defendant,

Case No. MJ09-336

WAIVER OF RULE 5(c)(3)(D) HEARING
and ORDER OF TRANSFER

### WAIVER OF RULE 5(c)(3)(D) HEARING

I, JAGMOHAN DHILLON, have appeared before a United States Magistrate Judge in the Western District of Washington, who has advised me of the provisions of Rule 20 and of my right to a further hearing pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure. I wish to waive my right to such further hearing, therefore:

a) I acknowledge that I am the person named in an indictment, information, or warrant pending in the U. S. District Court for the CENTRAL District of CALIFORNIA;

b) I waive my right to production of the warrant or of any other original papers relating to these charges or certified copies thereof;

c) If I am entitled to a preliminary examination, I elect to have it conducted in the district where the prosecution is pending; and,

d) I consent to the issuance of an order directing me to appear and answer in said district where the charges are pending.

DATED this 7th day of July, 2009.

_____     _____
Defense Counsel                Defendant

## ORDER OF TRANSFER

Based upon the foregoing Waiver, it is hereby ORDERED that the further proceedings in this case shall be conducted in the U. S. District Court for the CENTRAL District of CALIFORNIA. The Clerk of this Court shall forthwith transmit to the Clerk in said district the records of proceedings conducted in this district. Unless the defendant is released on bond, the U. S. Marshal is directed to transport defendant as promptly as possible to that district. If released on bond, the defendant is directed to appear in that district for further proceedings at the time and place specified on the bond, or as otherwise directed by court order.

DATED this 10 day of July, 2009.

_____
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of filing to:

Karyn S. Johnson
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101

                        s/ Charlotte Ponikvar
                        Assistant Paralegal
                        Federal Public Defender's Office
                        1601 Fifth Avenue, Suite 700
                        Seattle, WA 98101
                        Tel. (206) 553-1100
                        Fax (206) 553-0120
                        Charlotte_Ponikvar@fd.org

