# EXHIBIT D

# DEFENDANT'S STATEMENT OF ALLOCUTION

**Jagmohan S. Dhillon #2009-5163**
**S.A.J., M-88, 3A-3**
**P.O. Box-22003**
**Santa Ana CA 92702**

August 2, 2011

Dear Honorable Judge Mr. Andrew J. Guilford:

I write to apologise for the inconvenience and to let you know that I accept full responsibility for my actions and make no excuses, I know that what I did was wrong and Iam remorseful, for I know that not only am I to blame for destroying families but destroying my own family and life.

Your Honor I am now before you for my bad actions and as I expressed before, I accept full responsibility. I want you to know that not everything about me is bad and that I am taking this as a learning experience were-in I can better myself and become a better person. Your Honor it amases me how with one mistake one can destroy their life and the lives of others. Your Honor I did not have to make that choice I had alot going for my family and self I had a house, car, trucking buisness, and most importantly a wife and children, however because of my bad decision making I lost all of it. Your Honor I come frome a good family I have both Parents who always tought us to be honest,respectful, and hardworking no-one in my family has ever had problems with the Law and I must tell you that I am ashamed to be the one. I apologise to you and the goverment of the United States for my actions, the money that was spent to investigate and prosecute me.

Your Honor I will and am taking advantage of this time here to rehabilitate myself, as of today I have successfully completed Substance Abuse Class, Parenting Class, Computer Course, E.S.L. Class,Braking Barriers Class, Music Class, and obtained my G.E.D. Certificate. Your Honor I ask that you please take into consideration all of this I assure you that you will not see me before you or any of your Colleagues again.

Thank you for your time and consideration.
Respectfully,


Jagmohan S. Dhillon