UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| Case No. | SACR 08-223-AG | Date | August 19, 2011 |

Present: The Honorable **Andrew J. Guilford, U.S. District Judge**

Interpreter: Punjabi (not present)

| Lisa Bredahl | Not Present | Terri Flynn (not present) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 8. JAHMOHAN S. DHILLON | Not | X | | Robison Harley | NOT | | X |

**Proceedings:** [IN CHAMBERS] ORDER CONTINUING SENTENCING

On the Court's own motion and with the agreement of counsel, the sentencing in this matter is continued from August 22, 2011 to August 25, 2011 at 3:30 p.m.

 0 : 0

Initials of Deputy Clerk    lmb