1  **ROBISON D. HARLEY, JR. SBN: 68984**
   **Attorney at Law**
2  **825 N. Ross Street**
   **Santa Ana California 92701**
3  **Tele: (714) 972-8141**
   **Facsimile: (714) 972-8107**
4  **e-mail: rob.harley@sbcglobal.net**

5  Attorney for Defendant
   **JAGMOHAN S. DHILLON**
6

7              **UNITED STATES DISTRICT COURT**

8        **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

9                    **SOUTHERN DIVISION**

| 10 | **UNITED STATES OF AMERICA** | ) | **CASE NO: SA CR 08-00223-AG** |
|---|---|---|---|
| 11 | Plaintiff, | ) ) | **DEFENDANT'S REPLY TO PROBATION AND** |
| 12 | vs. | ) ) | **GOVERNMENT'S SENTENCING POSITION; DECLARATION OF** |
| 13 | **JAGMOHAN S. DHILLON,** | ) ) | **JAGMOHAN S. DHILLON; EXHIBITS A AND B;** |
| 14 | Defendant. | ) ) | |
| 15 | _____ | ) ) | Sentencing Date:  25 August 2011<br>Time:              3:30 p.m.<br>Judge:             Guilford |

16

17        Jagmohan S. Dhillon, the defendant, by and through his counsel of record,

18  Robison D. Harley Jr. having received and reviewed the Government's Position

19  regarding Sentencing and Probation's Revised Pre Sentencing Report hereby submits

20  his Reply.

21                          **INTRODUCTION**

22        The Government has acknowledged that the defendant has met the last prong

23  of the safety valve provision under Section 5C1.2 and the Pre Sentence Report has

24  been revised to reflect that defendant is no longer subject to a mandatory minimum

25  ten-year term of imprisonment and the two-level decrease in offense level at U.S.S.G.

26  § 2D1.1(b)(16) applies.  Both the Government and Probation agree that the revised

27  advisory guideline range is 51 to 63 months.

28
                              _____
                              **DEFENDANT'S REPLY TO**
                              **PROBATIONS AND GOVERNMENTS**
                              **SENTENCING POSITION**

The probation officer found that there was sufficient credible evidence to establish the following disputed arrests/convictions and that the defendant failed to provide any evidence to support his dispute of the following arrests:

a.  An August 2, 1993 arrest and conviction for selling alcohol to a minor by Modesto Police Department as reflected in ¶ 44.

b.  An arrest and conviction on October 1, 1996 by the Royal Canadian Mounted Police for assault and domestic violence as reflected ¶ 45.

c.  An arrest and conviction for selling alcohol to a minor by Modesto Police Department on October 11, 1996 and February 18, 1997 respectively as reflected in ¶ 46.

d.  An arrest on an unspecified date in 1993 by the Royal Canadian Mounted Police for domestic violence as reflected in ¶ 53.

**THE DEFENDANT DID NOT IMMIGRATE FROM INDIA TO CANADA UNTIL NOVEMBER 3, 1997; THUS, IT IS IMPOSSIBLE FOR HIM TO HAVE BEEN ARRESTED AND OR CONVICTED FOR ANY OFFENSE IN CANADA OR THE UNITED STATES BEFORE THAT DATE**

Exhibit A attached hereto and incorporated by reference herein establishes that defendant immigrated to Canada from India on November 3, 1997 and could not have been in Canada, the United States or North America before that date.  The defendant will have the original immigration documents and defendant's Indian passport verifying his initial arrival to North America on November 3, 1997.  Thus, the evidence clearly and convincingly shows that any arrests or convictions in North America prior to that November 3, 1997 date are not connected to the defendant.

The defendant submits Exhibit B hereto and incorporated by reference herein to bolster his argument for a downward variance based on defendant's post offense rehabilitation.

///

DEFENDANT'S REPLY TO
PROBATIONS AND GOVERNMENTS
SENTENCING POSITION

1

## CONCLUSION

2          Any arrests and convictions prior to November 3, 1997 are not connected to the

3   defendant.

4   Dated:  August 23, 2011                    Respectfully submitted,

5                                                 /S/ Robison D. Harley Jr.

6                                              Robison D. Harley
                                               Attorney for the Defendant
                                               **JAGMOHAN S. DHILLON**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DEFENDANT'S REPLY TO
PROBATIONS AND GOVERNMENTS
SENTENCING POSITION**

**ROBISON D. HARLEY, JR.  SBN: 68984**
**Attorney at Law**
**825 N. Ross Street**
**Santa Ana California 92701**
**Tele:  (714) 972-8141**
**Facsimile:  (714) 972-8107**
**e-mail:  rob.harley@sbcglobal.net**

Attorney for Defendant
**JAGMOHAN S. DHILLON**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO:  SA CR 08-00223-AG |
| Plaintiff, | DECLARATION OF JAGMOHAN S. DHILLON IN SUPPORT OF DEFENDANT'S REPLY TO PROBATIONS AND GOVERNMENT'S SENTENCING POSITION |
| vs. | |
| JAGMOHAN S. DHILLON, | |
| Defendant. | |

I, Jagmohan S. Dhillon, declare as follows:

1.    I am the defendant in the above-entitled case.

2.    I have reviewed the Pre Sentence Report and the revised Pre Sentence Report: I have specifically reviewed paragraphs 44,45, 46, and 53 under the heading of the Criminal Convictions and none of those arrests and/or convictions pertain to me.

3.    On November 3, 1997 I immigrated from India to Canada and my Indian passport and immigration documents verify that.

4.    I gave my original passport and my immigration paperwork to my attorney who will have the documents available at my sentencing for inspection and verification.

DECLARATION OF JAGMOHAN S. DHILLON
IN SUPPORT OF DEFENDANT'S REPLY TO
PROBATIONS AND GOVERNMENTS
SENTENCING POSITION

1    5.    A copy of my original passport and immigration documents are attached hereto.

2          I declare under penalty of perjury that the above is true and correct

3   Dated:  August 23, 2011

4                                              /S/ Jagmohan S. Dhillon
                                              **JAGMOHAN S. DHILLON**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF JAGMOHAN S. DHILLON
IN SUPPORT OF DEFENDANT'S REPLY TO
PROBATIONS AND GOVERNMENTS
- 2 -   SENTENCING POSITION**

# PROOF OF SERVICE

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 825 North Ross, Santa Ana, CA  92701.

On the **23rd of August 2011**, I caused a true copy of the following document(s) to be served in this action upon the person(s) set forth below, by the method(s) indicated:

**DOCUMENT(S):**     **DEFENDANT'S REPLY TO PROBATION AND GOVERNMENT'S SENTENCING POSITION; DECLARATION OF JAGMOHAN S. DHILLON; EXHIBITS A, AND B**

**PARTY(IES) SERVED:**     **SEE ATTACHED SERVICE LIST**

**( XX )**     **(BY PERSONAL SERVICE)** I caused such **DEFENDANT'S REPLY TO PROBATION AND GOVERNMENT'S SENTENCING POSITION; DECLARATION OF JAGMOHAN S. DHILLON; EXHIBITS A, AND B;** to be electronically filed with the Office of the Clerk on 23 August 2011.

**( )**     **(BY MAIL)**, I am "readily familiar" with the firm's practice of collection and processing correspondence.  Under that practice, it would be deposited with the U.S. Mail service on that same day with postage thereon fully prepaid at Santa Ana, California, in the ordinary course of business

**( )**     **(BY FEDERAL EXPRESS)** by using express mail service and causing to be delivered overnight next day delivery a true copy thereof to the person(s) at the address set forth above.

**( )(BY FACSIMILE)** I caused such document(s) to be transmitted to the addressee(s) facsimile number (213) 894-1634.  The facsimile machine I used complied with Rule 2003 (3) and the transmission was complete without error. (AUSA  - FAX (714) 338-3708.

**(   )**     **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**( XX )**     **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on 23rd August 2011, at Santa Ana, California .


/S/  Daniel B. Watkins
**Daniel B. Watkins**

DEFENDANT'S REPLY TO
PROBATIONS AND GOVERNMENTS
SENTENCING POSITION

1
## SERVICE LIST
2

3   Terri Flynn                                          e-filed
    Assistant United States Attorney
4   OFFICE OF THE UNITED STATES ATTORNEY
    UNITED STATES DISTRICT COURT
5   Ronald Reagan Federal Building
    411 West Fourth Street
6   Santa Ana, California  92701
    (714) 338-3592
7

8   OFFICE OF THE CLERK FOR THE                          e-filed
    UNITED STATES DISTRICT COURT
9   Ronald Reagan Federal Building
    411 West Fourth Street
10  Santa Ana, California 92701

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DEFENDANT'S REPLY TO
PROBATIONS AND GOVERNMENTS
SENTENCING POSITION**