# EXHIBIT A

10. Citizen of - *Citoyen de*

11. Passport No - *Passeport n°*

Valid Until - *Valide jusqu'au*

12. If applicable, Country of Issue of Travel Document - *S'il y a lieu, indiquer le pays de délivrance du document de voyage*

13. Family Status - *Situation par rapport à la famille*

14. Accompanying Family Members - *Membres de la famille qui accompagnent l'immigrant*

| Name - *Nom* | Date of Birth - *Date de naissance* | Relationship - *Lien de parenté* |
|---|---|---|
| | | |

Have you any dependants other than those listed above?
*Outre celles qui sont mentionnées ci-dessus, avez-vous d'autres personnes à votre charge?*

NO

15. Full Name, Address and Relationship of Person willing to assist - *Nom et adresse au long de la personne disposée à offrir son aide et lien de parenté*

16. Intended Occupation - *Profession envisagée*

17.

Citizenship and Immigration Canada    Citoyenneté et Immigration Canada

THE HOLDER IS NO LONGER A PERMANENT RESIDENT
LE TITULAIRE N'EST PLUS RÉSIDENT PERMANENT

I certify that the above statements are true and correct
*Je certifie que les renseignements ci-dessus sont exacts et véridiques*

Signature

Date

19. Imm. Cat. - *Cat. d'imm.*

20. Special Prog. *Mouvement spécial*

41. Carrier/Flight No. - *Transporteur/vol n°*

21. Educ. Qual. - *Certificats, diplômes, etc.*

22. Years of Schooling - *Années d'études*

23. Employment Code - *Code de l'emploi*

24. Official Lang. Ability - *Conn. des langues off.*

42. Money in possession
*Argent en main*

$

25. C.L.P.R. = C.O.B. - D.P.R.P. = P.D.N.

Or
Ou

43. Conditions of Landing Imposed
*Conditions d'obtention du droit d'établissement imposées*

26. Trans. Warrant No. - *N° du bon de transp.*

27. P.C. Number - *C.P. numéro*

28. "S" Code - *Code de surv.*

29. Medical File Nr - *Dossier médical n°*

30. Type of Case - *Genre de cas*

31. Medical Validity
*Validité de l'examen médical*

| D - J | M | Y - A |
|---|---|---|
| 28 | 08 | 98 |

32. Date Issued *Délivré le*

| D - J | M | Y - A |
|---|---|---|
| | | 97 |

33. Visa Validity
*Validité du visa*

| D - J | M | Y - A |
|---|---|---|
| 28 | 08 | 98 |

44. I understand these conditions - *Je comprends ces conditions*

Office of Issue - *Bureau d'origine*

P.S. Code - *Code du P.S.*

6028

45. Landed on
*Droit d'établissement obtenu le*

| D - J | M | Y - A |
|---|---|---|
| | | |

Signature of Visa Officer - *Signature de l'agent des visas*

46. AT - *À*

P.S. Code
*Code du P.S.*

Original Entry
*Entrée initiale*

| D - J | M | Y - A |
|---|---|---|
| | | |

37. Recommended - *Recommandé*

47. Signature of Immigration Officer - *Signature de l'agent d'immigration*

Utilities
*Libres*

Remarks - *Observations*

W915 392 646

Err.



Citizenship and Immigration Canada    Citoyenneté et Immigration Canada    **IMMIGRATION**

**RECORD OF LANDING**
*FICHE RELATIVE AU DROIT D'ÉTABLISSEMENT*

# CANADA

PROTECTED WHEN COMPLETED
*PROTÉGÉ UNE FOIS REMPLI* B



PERMANENT RESIDENT STATUS MAY BE CHECKED WITH IMMIGRATION CANADA
*LE DROIT D'ÉTABLISSEMENT PEUT ÊTRE VÉRIFIÉ AUPRÈS D'IMMIGRATION CANADA*

8036552653

## MIGRANT IDENTIFICATION - *IDENTIFICATION DE L'IMMIGRANT*

| Surname - *Nom de famille* | 3. Given Names - *Prénoms* |
|---|---|
| | JAGMOHAN SINGH |

| Name Flag - *Indicateur du nom* | 5. Date of Birth *Date de naissance* D-J M Y-A | 6. Place of Birth - *Lieu de naissance* |
|---|---|---|
| | 07  11  1973 | JAGROAN |

| Country of Birth - *Pays de naissance* | 8. Sex - *Sexe* | 9. Marital Status - *État civil* |
|---|---|---|
| 205 | 1 | |

| 10. Citizen of - *Citoyen de* | 11. Passport No - *Passeport n°* | Valid Until - *Valide jusqu'au* |
|---|---|---|
| 205 | T952363 | 02/01/2005 |

12. If applicable, Country of Issue of Travel Document - *S'il y a lieu, indiquer le pays de délivrance du document de voyage*    13. Family Status - *Situation par rapport à la famille*

14. Accompanying Family Members - *Membres de la famille qui accompagnent l'immigrant*

| Name - *Nom* | Date of Birth - *Date de naissance* | Relationship - *Lien de parenté* |
|---|---|---|
| | | |

Have you any dependants other than those listed above?
*Outre celles qui sont mentionnées ci-dessus, avez-vous d'autres personnes à votre charge?*    NO

15. Full Name, Address and Relationship of Person willing to assist - *Nom et adresse au long de la personne disposée à offrir son aide et lien de parenté*

DEVINDER PURWINDER KAUR DHALIWA

16. Intended Occupation - *Profession envisagée*    17. Mother Tongue - *Langue maternelle*

THE HOLDER IS NO LONGER A PERMANENT RESIDENT
*LE TITULAIRE N'EST PLUS RÉSIDENT PERMANENT*

I certify that the above statements are true and correct
*Je certifie que les renseignements ci-dessus sont exacts et véridiques*

| Signature | Date |
|---|---|
| | |

| 19. Imm. Cat. - *Cat. d'imm.* | 20. Special Prog. *Mouvement spécial* | 41. Carrier/Flight No. - *Transporteur/vol n°* |
|---|---|---|
| | | |

| 21. Educ. Qual. - *Certificats, diplômes, etc.* | 22. Years of Schooling - *Années d'études* | |
|---|---|---|
| | | |

| 23. Employment Code - *Code de l'emploi* | 24. Official Lang. Ability - *Conn. des langues off.* | 42. Money in possession *Argent en main* |
|---|---|---|
| | | $ |

| 25. C.L.P.R. = C.O.B. - D.P.R.P. = P.D.N. | 43. Conditions of Landing Imposed *Conditions d'obtention du droit d'établissement imposées* |
|---|---|
| Or *Ou* | |

| 26. Trans. Warrant No. - *N° du bon de transp.* | 27. P.C. Number - *C.P. numéro* |
|---|---|
| | |

| 28. "S" Code - *Code de surv.* | 29. Medical File No - *Dossier médical n°* |
|---|---|
| | |

| 30. Type of Case - *Genre de cas* | 31. Medical Validity *Validité de l'examen médical* D-J M Y-A |
|---|---|
| | 28  06  98 |

| 32. Date Issued *Délivré le* D-J M Y-A | 33. Visa Validity *Validité du visa* D-J M Y-A | 44. I understand these conditions - *Je comprends ces conditions* |
|---|---|---|
| 10  09  97 | 28  06  98 | |

| 34. Office of Issue - *Bureau d'origine* | P.S. Code - *Code du P.S.* | 45. Landed on *Droit d'établissement obtenu le* D-J M Y-A |
|---|---|---|
| | 6029 | |

35. Signature of Visa Officer - *Signature de l'agent des visas*





