# EXHIBIT B

# SANTA ANA COLLEGE
## SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Participation

This is to certify that

*Jagmohan Dhillon*

Has Successfully Completed 97 Classes of

*Attitudes for Success: Thoughts, Feelings & Substance Abuse*

_____
Luis Martinez, Instructor

August 19, 2011
Date