```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  DENNISE D. WILLETT
    Assistant United States Attorney
 3  Chief, Santa Ana Branch Office                    JS-3
    TERRI K. FLYNN (Cal. Bar No. 204932)
 4  Assistant United States Attorney
    Deputy Chief, Santa Ana Branch Office
 5       411 West Fourth Street, Suite 8000
         Santa Ana, California 92701
 6       Telephone: (714) 338-3592
         Facsimile: (714) 338-3561
 7       E-mail:    Terri.K.Flynn@usdoj.gov

 8  Attorney for Plaintiff
    United States of America
 9
```

10                    UNITED STATES DISTRICT COURT

11                FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 12 | UNITED STATES OF AMERICA, ) | SA CR 08-223-AG |
| 13 | Plaintiff ) | |
| | ) | <u>ORDER DISMISSING THE CHARGES</u> |
| 14 | v. ) | <u>IN THE INDICTMENT AS TO</u> |
| | ) | <u>DEFENDANT SINGH ONLY</u> |
| 15 | PARAMIJT SINGH, ) | |
| | aka "Pumma," ) | |
| 16 | ) | |
| | Defendant. ) | |
| 17 | ) | |
| 18 | | |

19     Upon application of the UNITED STATES OF AMERICA and good

20 cause appearing, IT IS HEREBY ORDERED that the charges pending

21 against defendant PARAMIJT SINGH of conspiring to distribute and

22 possess with the intent to distribute controlled substances in

23 ///

24 ///

the indictment filed on August 27, 2008 are dismissed as to defendant SINGH only.

DATED: June 12, 2012

_____
HONORABLE ANDREW GUILFORD
United States District Judge