ANDRÉ BIROTTE JR.
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Office
DANIEL H. AHN (Cal. Bar No. 235023)
Assistant United States Attorney
    Ronald Reagan Federal Bldg. & U.S. Courthouse
    411 West Fourth Street, 8th Floor
    Santa Ana, CA  92701-4599
    Telephone:  (714) 338-3539
    Facsimile:  (714) 338-3561
    Daniel.Ahn@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) SA CR 08-223-AG |
|---|---|
| Plaintiff, | ) **NOTICE OF LODGING OF** |
| v. | ) **PROOF OF SERVICE** |
| DEFENDANT, | ) |
| Defendant. | ) |

    Please find attached hereto, Government's lodging of Proof of Service.

Dated: July 18, 2013

                        ANDRÉ BIROTTE JR.
                        United States Attorney

                           /S/
                        DANIEL H. AHN
                        Assistant United States Attorney
                        Attorney for Plaintiff
                        UNITED STATES OF AMERICA